# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Flatout Society, Ltd.
Jernel A. Taylor, N.I.U.A.

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Cardi B, Atlantic Records

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 2:24-cv-00965-IM

*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Flatout Society, Ltd. (FOS)
   All other names by which you have been known: Jecnel, beaius, Popcorn, Moses, Melo
   ID Number: 24124924
   Current Institution: E.O.C.I.
   Address: 2500 Westgate
   Pendleton    OR    97801
   City    State    Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Cardi B
   Job or Title (if known): Rapper
   Shield Number:
   Employer: Atlantic
   Address:
   Atl    GA
   City    State    Zip Code
   [X] Individual capacity   [ ] Official capacity

   Defendant No. 2
   Name: Atlantic Rec
   Job or Title (if known): Record Label
   Shield Number:
   Employer:
   Address:
   City    State    Zip Code
   [ ] Individual capacity   [X] Official capacity

Form 39.010

C. What date and approximate time did the events giving rise to your claim(s) occur?

"Free Cardi B 2024"

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

From the start, Cardi-B wanted to be a Rapper, but she stripped to make fast cash. When she got noticed, she stopped stripping and made the video, "Cheap Ass Weave" because she is a very funny person. Now, Atlantic Rec. has her naked in the videos so the world can see. This is lascivious and impurity.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I can read her mind. I know she is hurting, so it makes me hurt. She doesn't want to be naked on T.V. that's why she stopped stripping! Now the world sees her! Free Cardi B!

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Take the Enough video down, have a discussion with me about her life, and allow me to introduce her to Islam. I will also like to marry her, if she wants too! No forcing (2:256). Void her contract and come to Flat Out Society (F.O.S.) We will not exploit her! Insha-Allah!

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

N/A

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

2016 or 2017 in D.C.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Yes, the Enough video is indecent exposure

FILED 17 JUN '24 11:08 USDC-ORP

Jermel A. Taylor **CERTIFICATE OF SERVICE**

CASE NAME: Flatout Society, Ltd. v. Cardi B (Rapper)

CASE NUMBER: (if known) _____

COMES NOW, Jermel A. Taylor, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at E.O.C.I.

That on the 28 day of April, 20 24, I personally placed in the Correctional Institution's mailing service A TRUE COPY of the following:

1983 Packet

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

District Court of OR
1000 SW Third Ave
Portland, OR 97204

(Signature)

Print Name _____
S.I.D. No.: _____

Allāhu akbar

<u>Cardi B (wife)</u>       Atlantic Records

- <u>indecent exposure</u>
- Discuss "Enough" Video
- <u>Lascivious</u> — excite lust, lewd, impurity
- ORP

Oregon Department of Corrections - AIC Mail
Institution  E.O.C.I.          SID 24124924
Name  Dr. Jermel Arcilicia Taylor, Ph.D.
Address  2500 Westgate
City  Pendleton       State OR  Zip 97801

PORTLAND OR 972
11 JUN 2024  PM 4  L



★ USA ★ FOREVER ★

United States District Court
Office of the Clerk

1000 SW Third Ave

Portland, OR, 97204

97204-293790